JULY 25, 2011

No. 10–765.  YOUNG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. VERIZON'S BELL ATLANTIC CASH BALANCE PLAN ET AL., 563 U. S. 1007;

No. 10–809.  MURDOCH v. CASTRO, WARDEN, ET AL., 563 U. S. 987;

No. 10–1126.  SPRINGER v. PERRYMAN, JUDGE, CIRCUIT COURT OF ALABAMA, RANDOLPH COUNTY, ET AL., 563 U. S. 988;

No. 10–1142.  SELIG v. ROESHMAN, 563 U. S. 975;

No. 10–1206.  DOE ET AL. v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL., 563 U. S. 1022;

No. 10–1284.  IN RE FORD, 563 U. S. 986;

No. 10–7867.  WINN v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 563 U. S. 990;

No. 10–8349.  TIMMONS v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, 562 U. S. 1291;

No. 10–8784.  FAYIGA v. CASSAGNOL ET AL., 563 U. S. 992;

No. 10–8897.  GRAY v. LARKINS, WARDEN, 563 U. S. 910;

No. 10–8991.  FITZGERALD v. KELLY, WARDEN, 563 U. S. 922;

No. 10–9015.  LLOYD v. NEW HANOVER REGIONAL MEDICAL CENTER, 563 U. S. 944;

No. 10–9043.  STUDY v. UNITED STATES, 563 U. S. 944;

No. 10–9058.  ELLISON v. DART, SHERIFF, COOK COUNTY, ILLINOIS, ET AL., 563 U. S. 962;

No. 10–9083.  THORNTON v. VIRGINIA, 563 U. S. 962;

No. 10–9089.  ARMSTRONG v. CALIFORNIA, 563 U. S. 962;

No. 10–9159.  STRATTON v. TEXAS (four judgments), 563 U. S. 964;

No. 10–9232.  EICHER v. DIODATI, 563 U. S. 977;

No. 10–9319.  BARNES v. IMS MANAGEMENT, LLC, AS AGENT FOR METROPOLITAN GARDENS DEVELOPERS, LLP, 563 U. S. 992;

No. 10–9337.  WATSON v. FLORIDA, 563 U. S. 992;

No. 10–9351.  MANSEAU ET UX. v. CITY OF MIRAMAR, FLORIDA, ET AL., 563 U. S. 993;

No. 10–9365.  PAGE v. FLORIDA, 563 U. S. 993;

No. 10–9373.  MARTIN v. VOLUNTEER AUTOMOTIVE, 563 U. S. 993;

No. 10–9378.  TIDWELL v. FLORIDA, 563 U. S. 979;

No. 10–9430. COOPER v. CITY OF DALLAS, TEXAS, 563 U. S. 949;

No. 10–9439. TEAGUE v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, 563 U. S. 1002;

No. 10–9444. PFEIFERLING v. UNITED STATES, 563 U. S. 949;

No. 10–9462. JACKSON v. HERNDON, WARDEN, 563 U. S. 994;

No. 10–9493. JACKSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 563 U. S. 995;

No. 10–9542. DANIELS v. BALLY'S ATLANTIC CITY ET AL., 563 U. S. 1010;

No. 10–9602. MONACELLI v. FORD MOTOR CO., 563 U. S. 1011;

No. 10–9612. NELSON v. LEWIS ET AL., 563 U. S. 1011;

No. 10–9623. BLANKENSHIP v. SIMON, JUDGE, COUNTY COURT OF FLORIDA, ESCAMBIA COUNTY, ET AL., 563 U. S. 1011;

No. 10–9645. MCGOWAN v. MERRILL, WARDEN, 563 U. S. 980;

No. 10–9660. ZABRISKIE v. FLORIDA, 563 U. S. 996;

No. 10–9736. GLENN v. UNITED STATES, 563 U. S. 967;

No. 10–9798. COCKERHAM v. UNITED STATES, 563 U. S. 981;

No. 10–9818. GUZMAN v. UNITED STATES, 563 U. S. 981;

No. 10–9819. HAYWOOD v. HILLMAN, CHIEF MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL., 563 U. S. 1012;

No. 10–9890. HEARNS v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, 563 U. S. 1012;

No. 10–9925. RUIZ MONTES v. UNITED STATES, 563 U. S. 999;

No. 10–9930. T. G. v. NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, 563 U. S. 1013;

No. 10–9952. BROWN v. UNITED STATES, 563 U. S. 999;

No. 10–10047. IN RE MILES, 563 U. S. 986;

No. 10–10084. ARMWOOD v. NEW JERSEY, 563 U. S. 1026;

No. 10–10206. IN RE WARD, 563 U. S. 1007;

No. 10–10324. CAWTHON v. UNITED STATES, 563 U. S. 1039; and

No. 10–10571. DAVIS v. HOUSE OF REPRESENTATIVES, ELEANOR HOLMES NORTON'S OFFICE, ante, p. 1028. Petitions for rehearing denied.

No. 10–8731. LYLES v. LEMMON ET AL., 563 U. S. 929. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.